**Electronically Filed
Supreme Court
SCWC-15-0000329
31-JUL-2019
09:21 AM**

SCWC-15-0000329

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

YOKO KATO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000329; CR. NO. 13-1-1641)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Yoko Kato's application
for writ of certiorari, filed on June 16, 2019, is hereby
accepted and will be scheduled for oral argument. The parties
will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, July 31, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

